# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-303-DCK

| | |
|---|---|
| ATUL R. PATEL and CHANDRIKA R. PATEL, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| FIFTH THIRD BANK, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 24) on May 7, 2019, notifying the Court that the parties have reached a settlement in this action. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **June 7, 2019**.

**SO ORDERED**.

Signed: May 8, 2019

David C. Keesler
United States Magistrate Judge